IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AMBASSADOR PERSONNEL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:16cv796-MHT (WO) |
| ZERO WASTE ENERGY OF ALABAMA, LLC, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 13), it is the ORDER, JUDGMENT, and DECREE of the court that this action is dismissed without prejudice, with the right to reinstate by plaintiff, and with the parties to bear their own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 19th day of January, 2017.**

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**